AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*     DISTRICT OF     NEVADA

CLYDE H. MEANS,

     Petitioner,     JUDGMENT IN A CIVIL CASE
V.

     CASE NUMBER: **3:10-CV-00413-ECR-RAM**

JACK PALMER, et al.,

     Respondents.

___  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** that this action is DISMISSED without prejudice as untimely.

  August 22, 2011     **LANCE S. WILSON**
                                                     Clerk

                                                    /s/ Katie Lynn Ogden
                                                       Deputy Clerk